IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ERIK GARCIA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | Case No. 4:20-CV-02920 |
| GAZMAN HOLDINGS, L.L.C., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SETTLEMENT

Plaintiff, ERIK GARCIA ("Plaintiff"), by and through the undersigned counsel, hereby notifies this Court that Plaintiff has reached settlement of all issues pertaining to his case against Defendant, GAZMAN HOLDINGS, L.L.C.

Plaintiff and Defendant, GAZMAN HOLDINGS, L.L.C., are presently preparing a formal settlement agreement for signature and intend to file a Joint Stipulation of Dismissal with Prejudice once the agreement is finalized. Plaintiff and Defendant request thirty (30) days within which to file its dismissal documents.

Respectfully submitted this 4th day of November, 2020.

        Law Offices of
        THE SCHAPIRO LAW GROUP, P.L.

        /s/ Douglas S. Schapiro
        Douglas S. Schapiro, Esq.
        Southern District of Texas ID No. 3182479
        The Schapiro Law Group, P.L
        7301-A W. Palmetto Park Rd., #100A
        Boca Raton, FL 33433
        Tel: (561) 807-7388
        Email: schapiro@schapirolawgroup.com

## **CERTIFICATE OF SERVICE**

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was filed electronically using the CM/ECF system on this 4th day of November, 2020.

        /s/ Douglas S. Schapiro
        Douglas S. Schapiro, Esq.
        Southern District of Texas ID No. 3182479