UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
December 01, 2020
David J. Bradley, Clerk

| | | |
|---|---|---|
| Erik Garcia, | § § § | |
| Plaintiff, | § § | |
| versus | § § | Civil Action H-20-2920 |
| Gazman Holdings, LLC, | § § | |
| Defendant. | § § | |

## Final Dismissal

1. Neither party having moved for reinstatement, this case is dismissed with prejudice.

2. This court retains jurisdiction to enforce the settlement.

Signed on December ___1___, 2020, at Houston, Texas.

Lynn N. Hughes
United States District Judge